SAMUEL TUCKER, as Administrator, etc., Respondent, *v.* THE
NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COM-
PANY, Appellant.

(Argued December 15, 1892; decided January 17, 1893.)

APPEAL from judgment of the General Term of the Superior
Court of the city of Buffalo, entered upon an order made
July 6, 1892, which affirmed a judgment in favor of plaintiff·
entered upon a verdict, and affirmed an order denying a
motion for a new trial.

*Daniel H. McMillan* for appellant.

*Adelbert Moot* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

WILLIAM F. LENNON, Appellant, *v.* CORA BELLE CORNWALL
et al., Respondents.

(Argued December 15, 1892; decided January 17, 1893.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made May 25, 1889, which affirmed a judgment in favor of
defendants entered upon a decision of the court on trial at
Special Term.

*James Kearney* for appellant.

*Robert B. Alling* for respondents.

Agree to affirm on opinions below.
All concur.
Judgment affirmed.